UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-Civ-22658-COOKE/TORRES

ROTHSCHILD STORAGE
RETRIEVAL INNOVATIONS, INC.,
a Florida Limited Liability Company,

    Plaintiff,

vs.

APPLE, INC.,

    Defendant.
_____/

## OMNIBUS ORDER

On January 30, 2015, I held a hearing on several motions pending before the Court – Defendant's Motion to Transfer Venue, ECF No. 16; Plaintiff's Motion to Consolidate, ECF No. 21; and Plaintiff's Motion to Strike Reply to Response, ECF No. 25.

After consideration of the motions, responses, replies, the record and relevant legal authorities, as well as the arguments made at the January 30, 2015 Motion Hearing, it is **ORDERED and ADJUDGED** that Defendant's Motion to Transfer Venue, ECF No. 16, is **GRANTED**, Plaintiff's Motion to Consolidate, ECF No. 21, is **DENIED**, and Plaintiff's Motion to Strike Reply to Response, ECF No. 25, is **DENIED** for the reasons stated in Open Court.

Accordingly, Defendant Apple, Inc.'s Motion to Transfer, ECF No. 16, is **GRANTED**. The Clerk shall **TRANSFER** this case to the U.S. District Court for the Northern District of California. All pending motions, if any, are **DENIED** *as moot*. The Clerk shall **CLOSE** this case.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 30th day of January 2015.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
Edwin G. Torres, U.S. Magistrate Judge
Counsel of Record